CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 10 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONELL J. BLOUNT, ET AL., | ) | Case No. 7:10CV00343 |
| Plaintiffs, | ) ) ) | **FINAL ORDER** |
| v. | ) ) | |
| OFFICER JUSTIN OWENS, ET AL., | ) ) | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to amend and motion for temporary restraining order are **DENIED**; this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim; and this action is stricken from the active docket of the court.

ENTER: This 10th day of August, 2010.

/s/ Glen E. Conrad
Chief United States District Judge